# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| United States of America )<br>v. )<br>Winthrop P. Williams, Jr. ) | Case No. 01:04CR00033-1<br>USM No. 07431-028 |
| 08/06/2004<br>Date of Previous Judgment | Sara Varner<br>Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 120 months.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: 240 months          Amended Sentence: 120 months
Previous Supervised Release Term Imposed: 10 years   Amended Supervised Release Term: 8 years
Previous Underlying Sentence Imposed:          Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**


Except as provided above, all provisions of the judgment dated 08/06/2004 shall remain in effect.

**IT IS SO ORDERED**.

Date: 2/25/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana